**1532**

68 (Sup.Ct.N.Y.Co.1942); *Morris v. Standard Gas & Electric Co.*, 63 A.2d 577 (Del. Ch. 1949) (Delaware law). In addition, the evidence adduced at the hearing revealed that the directors had reasonably relied on expert advice offered by First Boston and that First Boston had been conservative in its valuation of HBJ, reducing the financial forecasts supplied by HBJ's management and adhering to the lower end of the calculated range of values. BPCC has not shown that that valuation was unreasonably high.

■ Thus, the Court concludes that BPCC has not demonstrated a likelihood of success on the merits.

### Balance of Hardships

■ The balance of hardships tips decidedly in favor of denying the preliminary relief requested. As stated above, BPCC and the other shareholders of HBJ will suffer no significant injury under the recapitalization plan. Were the Court to enjoin its implementation, however, HBJ would incur substantial interest charges without receiving the attendant benefits of recapitalization. First Boston would be unable to exercise its voice in the affairs of HBJ as required to protect its investment. Most important, to grant the injunctive relief requested would deprive HBJ's shareholders of the value to which they are entitled under the plan. Because of the intricacies of financing, the opportunity to receive this dividend, once delayed, may be lost permanently. Moreover, the expectations of the marketplace upon which investors have bought and sold HBJ stock would be defeated. To do so on the basis of the evidence adduced on this motion would be unfair to all those investors who have acted upon their expectations.

### Conclusion

For the foregoing reasons, the motion for a preliminary injunction is denied.

SO ORDERED.

Irving B. KAS, on behalf of all shareholders, Plaintiff,

v.

HARCOURT BRACE JOVANOVICH, INC., et al., Defendants.

No. 87 Civ. 3811 (JFK).

United States District Court, S.D. New York.

July 24, 1987.

ORDER

KEENAN, District Judge:

For the reasons stated in the Court's Opinion and Order issued on this date in *British Printing & Communication Corp. v. Harcourt Brace Jovanovich, Inc.*, 664 F.Supp. 1519, Plaintiff's motion for a preliminary injunction is denied.

SO ORDERED.

Stuart WECHSLER, on behalf of all shareholders, Plaintiff,

v.

HARCOURT BRACE JOVANOVICH, INC., et al., Defendant.

No. 87 Civ. 3824 (JFK).

United States District Court, S.D. New York.

July 24, 1987.

ORDER

KEENAN, District Judge:

For the reasons stated in the Court's Opinion and Order issued on this date in

*British Printing & Communication Corp. v. Harcourt Brace Jovanovich, Inc.,* 664 F.Supp. 1519 Plaintiff's motion for a preliminary injunction is denied.

SO ORDERED.

David C. WOLCOTT, Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, et al., Defendants.

No. C-2-84-854.

United States District Court,
S.D. Ohio, E.D.

July 15, 1987.

On Motions to Alter and Amend Judgment
Aug. 12, 1987.